State v. McSwain

———————

STATE OF NORTH CAROLINA v. GREGORY McSWAIN

No. 7215SC521

(Filed 12 July 1972)

Criminal Law § 103— function of jury
        It is within the province of the jury to resolve conflicts between witnesses of plaintiff and witnesses of defendant.

APPEAL by defendant from *McKinnon, Judge,* 14 February 1971 Session of Superior Court held in CHATHAM County.

Defendant was indicted for assault with a deadly weapon with intent to kill inflicting serious injuries. He was found guilty of assault with a deadly weapon inflicting serious injury. From judgment on the verdict sentencing defendant to prison for a maximum term of four years as a committed youthful offender under G.S. 148-49.4, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Ralf F. Haskell for the State.*

*Robert L. Gunn for defendant appellant.*

PARKER, Judge.

There was ample evidence to support the verdict. On conflicting evidence, the jury believed the testimony of the State's witnesses rather than the testimony of defendant and his witnesses. It was the jury's province to resolve the conflict. We have carefully reviewed the entire record and in defendant's trial and the judgment appealed from find

No error.

Judges VAUGHN and GRAHAM concur.